SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>        Plaintiff,<br><br>    vs.<br><br>The Discovery Channel Store, Inc.,<br><br>        Defendants | Case No. **2:07-cv-00306-DFL-GGH**<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME UNTIL JUNE 23, 2007 FOR DEFENDANT THE DISCOVERY CHANNEL STORE, INC. TO RESPOND TO COMPLAINT |

    Pursuant to Local Rule 6-142, Plaintiff Scott N. Johnson and Defendant The Discovery Channel Store, Inc., by and through their designated Counsel (Scott N. Johnson; Thomas S. James, Jr., managing member) stipulate as follows:

STIPULATION AND ORDER - 1

1. One extension of time has been previously obtained until April 23, 2007.
2. Defendant The Discovery Channel Store, Inc. is granted a 60 day extension until June 23, 2007 to answer or otherwise plead reference to Plaintiff's complaint.
3. Defendant The Discovery Channel Store, Inc.'s answer will be due no later than June 23, 2007.

IT IS SO STIPULATED effective as of April 18, 2007

Dated:   April 18, 2007                /s/Thomas S. James, Jr._
                                       Thomas S. James, Jr.,
                                       Managing Member
                                       Opus Law Group PLLC


Dated:   April 18, 2007                /s/Scott N. Johnson ____
                                       Scott N. Johnson,
                                       Plaintiff, In Pro Per

**IT IS ORDERED THAT:**

    Defendant, The Discovery Channel Store, Inc. shall have until June 23, 2007 to respond to Plaintiff, Scott N. Johnson's Complaint.

Dated: April 18, 2007

                                        /s/ David F. Levi_____

                                        Honorable David F. Levi,
                                        United States District Judge